Notice of Appearance, Donell Jr. (Thompson) USDOT. 465710811 THOMPSON, DONELL

Estate d/b/a DONELL JR THOMPSON ©®™

# IN THE MUNICIPAL COURT OF OKLAHOMA DUNCAN, OKLAHOMA

FILED
NOV 27 2023
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____ DEPUTY

| | |
|---|---|
| STATE OF OKLAHOMA § | Case Number: CM-23-331 |
| § | CF-2004-5860 |
| V. § | |
| THOMPSON, DONELL-JR § | NOTICE OF REMOVAL FROM |
| corp. sole § | COURT OF OKLAHOMA TO |
| Dba. DONELL JR THOMPSON § | United States district court |
| § | |

## NOTICE OF REMOVAL

TAKE NOTICE THAT, pursuant to; The United States Constitution, in Article III, §2, gives the Congress the power to permit federal courts to hear diversity case through legislation authorizing such jurisdiction

AND TAKE FURTHER NOTICE THAT an affidavit for Notice of Removal has been filed with this court and United States district court of OKLAHOMA,

Month of November day of 17 two thousand and 2023
[UCC1-103.6 UCC1-308, UCC1-301 UCC1-107]
Note: The reference of UCC codes/statutes does not confer jurisdiction or create adhesion or contract nor should it be assumed or presumed to creat contract.

By DONELL JR THOMPSON
Attorney in fact, Agent, Beneficial Owner

## JURAT/WITNESS NOTICE

Witness Notice

Using a notary on this document does not consitute any adhesion, nor does it alter my status in any manner. The purpose for the notary is verification and indentification only, and not for entrance into any foreign jurisdiction, or benefit thereof.

Jurat

STEPHENS county )
                 ) SS:
OKLAHOMA state )

NOTARY PUBLIC State of OK
SHAWNNON JOE CARROLL
Comm. # 17007898
Expires

Subscribed and affirmed before me this 17 day of 11 2023    2023.

_____ Notary Expires: 8-23-25
Notary